STEPHEN GOULD PAPER CO., INC., v. ARTHUR STEIN.— Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

WILLIAM SHEMIN v. CONTINENTAL TRAILWAYS.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

In the Matter of WILLIAM Z. NESIN et al., v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York.— Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BURTON N. PUGACH.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.